

**JUDGE CASTEL**



07 CIV 8637

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Plaintiff,

against

SMELTZER ENTERPRISES, INC.
D/B/A WHITE TOWER INDUSTRIAL
LAUNDRY AND CLEANERS,
Defendant.

OCT 0 5 2007
NO.
CASHIERS

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for The Trustees of the UNITE HERE National Retirement Fund certifies that other than the ALICO Services Corp., a holding company system, the UNITE HERE National Retirement Fund has no corporate parents, subsidiaries or affiliates.

Sept 5 2007
Date

Mark Schwartz, Esq. – MS 0148
Attorney for Plaintiff
730 Broadway, 10th Floor
New York, New York 10003
(212) 539-5275