UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
           Plaintiff,

against

SMELTZER ENTERPRISES, INC.
D/B/A WHITE TOWER INDUSTRIAL
LAUNDRY AND CLEANERS,
           Defendant.

AFFIDAVIT OF SERVICE
07 Civ. 8637 (PKC)

STATE OF NEW YORK    )
                             ) ss.
COUNTY OF NEW YORK  )

Michele Reid, being duly sworn, deposes and says:

    1.    I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11203.

    2.    On October 17, 2007 I served the Defendant herein with a copy of the Order Scheduling Initial Pretrial Conference by causing a true copy of said Order to be addressed to the Defendant at 10600 Gratiot Avenue, Detroit, Michigan 48213 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 9574 and regular mail.

                                          *Michele Reid*
                                           Michele Reid

Sworn to, before me, this
17th day of October 2007.

*Sabrina Brooks*

SABRINA BROOKS
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires 9/18/2010