**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,

        Plaintiff,

        -against-

SMELTZER ENTERPRISES, INC.
D/B/A WHITE TOWER INDUSTRIAL
LAUNDRY AND CLEANERS,

        Defendant.
----------------------------------------X

Case No. 07 CIV 8637
(Judge Castel)

AFFIDAVIT OF SERVICE

STATE OF MICHIGAN  )
        S.S.:
COUNTY OF WAYNE   )

Bobby Bellafant, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 11th day of October, 2007, at approximately the time of 2:40 pm, deponent served a true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT upon SMELTZER ENTERPRISES, INC. c/o Martin Smeltzer, President at 10600 Gratiot Avenue, Detroit, MI, by personally delivering and leaving the same with Tamela Teake who informed deponent that holds the position of Authorized Agent with that company and is authorized by appointment to receive service at that address.

Tamela Teake is a black female, approximately 35 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 200 pounds with brown hair.

_____
PROCESS SERVER

Sworn to before me this
11th day of October, 2007

_____
NOTARY PUBLIC

KEVIN MORRIS
Notary Public, Oakland County, MI
Acting in Wayne County, MI
My Commission Expires May 1, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com